# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3414
_____

United States of America

*Appellee*

v.

Bryant Roach

*Appellant*

_____

Appeal from United States District Court
for the District of Nebraska

_____

Submitted: May 13, 2013
Filed: May 24, 2013
[Unpublished]

_____

Before SHEPHERD, ARNOLD, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Bryant Roach, who pleaded guilty to failing to register as a sex offender under the Sex Offender Registration and Notification Act, *see* 18 U.S.C. § 2250(a), appeals

from the district court's[1] order rejecting his argument that the Act unconstitutionally delegated to the Attorney General the decision of whether the Act applies retroactively. Mr. Roach's argument, however, is foreclosed by our recent decision in *United States v. Kuehl*, 706 F.3d 917, 920 (8th Cir. 2013). *See* 8th Cir. R. 47B.

      Affirmed.

_____

---

[1]The Honorable Laurie Smith Camp, Chief United States District Judge for the District of Nebraska.